UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUTOMOTIVE FINANCE CORP.,

        Plaintiff,

-against-

KELLY ANDREE RAPHAEL and
AUTOSOURCE I, INC.,

        Defendants.
------------------------------------------------------------X

Case No.: 1:16-cv-02027
(CBA) (SMG)

**AFFIDAVIT IN RESPONSE TO PLAINTIFF'S MOTION FOR REPLEVIN**

Wendells Raphael, being duly sworn, under penalty of perjury, does hereby affirm the truth of the following statements to the best of his knowledge:

1. That I am the President of the defendant corporation, Autosource I, Inc. ("Autosource").

2. That I submit this affidavit with regard to plaintiff Automotive Finance Corp.'s motion for an order of replevin regarding certain motor vehicles in which plaintiff claims a security interest.

3. That the plaintiff's motion identifies eight (8) motor vehicles for which the plaintiff seeks an order of replevin.

4. That of the eight (8) motor vehicles identified, Autosource currently has possession of only one of those vehicles, the 2015 Chevrolet Tahoe with VIN number ending in 3025.

1

5. That the other seven (7) vehicles were previously leased and/or rented by Autosource to non-parties to this action, which parties have a bona fide legal leasehold interest in, and legal possession of, those vehicles.

_____
Wendells Raphael

Sworn to before me this
18 day of July, 2016

_____
Notary Public

JESUS ROCHA
Notary Public, State of New York
No. 01RO5047994
Qualified in Suffolk County
Commission Expires August 14, 2017