# DL THOMPSON LAW, PC
*A Professional Corporation Incorporated in the State of New Jersey*
Telephone: 732-292-3000
Fax: 732-292-3004

*New Jersey Location:*
1442 Lakewood Road
Manasquan, NJ 08736

*New York Location:*
422 Retford Avenue
Staten Island, NY 10312-6108

Mailing Address for all matters:
PO Box 679
Allenwood, NJ 08720

Donna L. Thompson, Esq.
*Admitted to Practice NY and NJ*
Anthony Cambria, *Of Counsel*

Via ECF Only
November 30, 2020

Hon. Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

    Re:    Automotive Finance Corp. vs. Kelley Andree Raphael and Autosource I, Inc.
            Case No: 1:16-cv-02027-CBA-SMG

Dear Honorable Judge Gold:

    I represent Plaintiff in connection with the above captioned matter. I have notification to submit a letter reporting on the status of the bankruptcy proceeding. The notification references a prior notification with a due date of November 13, 2020; please note I did not receive that notification. Kelley Andree Raphael has received a discharge in her bankruptcy proceeding and this case may be closed. Please let me know if there is anything you would like me to do. Thank you.

                        Very truly yours,

                        s/ DONNA L. THOMPSON, ESQ.
                        DONNA L. THOMPSON, ESQ.

DLT/dt
Cc:    Client via email
        Ken Caruso, Esq. via ecf only